UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED TREADWELL,**   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-3081** |
| **SHERIFF JACK STRAIN, et al.**   Defendants | **SECTION: "E" (3)** |

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** as malicious.

**New Orleans, Louisiana, this 8th day of October, 2015**.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 7.